# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2011

Robert P. Young, Jr.,
Chief Justice

140618(49)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

KATHRYN HADDEN,
            Plaintiff-Appellee,

v                                                      SC: 140618
                                                       COA: 286474
                                                       Genesee CC: 07-087100-NO

McDERMITT APARTMENTS, LLC,
            Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's November 19, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

YOUNG, C.J., and MARKMAN, J., would grant the motion for reconsideration and, on reconsideration, would grant leave to appeal for the reasons set forth in Justice MARKMAN's dissenting statement in this case, 488 Mich 945 (2010).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2011

_____
Clerk

d0516